(113 So. 912)

**Rufus BROYLES et al. v. STATE.**

(8 Div. 974.)

Supreme Court of Alabama.   June 30, 1927.

Certiorari to Court of Appeals.

O. M. Raines, of Scottsboro, for petitioners.
Charlie C. McCall, Atty. Gen., opposed.

BOULDIN, J. Petition of Rufus Broyles and Ed Lackey for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Broyles et al. v. State, 113 So. 623.

Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.